Quincell O. CONWAY,
Movant/Appellant,

v.

STATE of Missouri, Respondent.

No. ED 98558.

Missouri Court of Appeals,
Eastern District,
Division Two.

June 18, 2013.

Timothy Blackwell, St. Louis, MO, for appellant.

Meleaner Harvey, Jefferson City, MO, for respondent.

Before KATHIANNE KNAUP CRANE, P.J., MARY K. HOFF, J. and LISA S. VAN AMBURG, J.

ORDER

PER CURIAM.

Quincell Conway ("Movant") appeals from the judgment of the motion court denying his Rule 24.035 motion for post-conviction relief without an evidentiary hearing.

We have reviewed the briefs of the parties and the record on appeal. The findings and conclusions of the motion court are based on findings of fact that are not clearly erroneous. An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum, for their information only, setting forth the reasons for our decision.

We affirm the judgment pursuant to Rule 84.16(b).